UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| BLAW-KNOX CORPORATION; and<br>GENCOR INDUSTRIES, INC.<br><br>      Plaintiffs,<br><br>v.<br><br>THE G.W. VAN KEPPEL COMPANY,<br>and VOLVO CONSTRUCTION<br>EQUIPMENT NORTH AMERICA, LLC,<br><br>      Defendants. | Case No. 6:22-cv-00171-PGB-LHP |

## STIPULATION OF DISMISSAL *WITH PREJUDICE* BETWEEN PLAINTIFFS AND VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, LLC

Plaintiffs, Blaw-Knox Corporation and Gencor Industries, Inc. ("Plaintiffs"), and Defendant Volvo Construction Equipment North America, LLC ("Volvo"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of this action as to the claims against Volvo.

Plaintiffs' claims against the remaining defendant, The G.W. Van Keppel Company, have not been resolved and should remain of record.

Dated: July 22, 2022                                        Respectfully submitted,

| *Counsel for Plaintiffs, Blaw-Knox Corporation and Gencor Industries, Inc.* | *Counsel for Defendant Volvo Construction Equipment North America, LLC* |
|---|---|
| By: /s/ *Eric Hernandez*<br>Katlin C. Cravatta (FBN 113258)<br>Eric Hernandez (FBN 1010990)<br>**FOLEY & LARDNER LLP**<br>301 East Pine Street, Suite 1200<br>Orlando, Florida 32801<br>P. (407) 423-7656<br>E. kcravatta@foley.com<br><br>Michael J. Lockerby*<br>**FOLEY & LARDNER LLP**<br>Washington Harbour<br>3000 K Street, N.W., Suite 600<br>Washington, D.C. 20007<br>P. (202) 672-5300<br>E. mlockerby@foley.com<br><br>Connor A. Sabatino*<br>**FOLEY & LARDNER LLP**<br>150 East Gilman Street, Suite 5000<br>Madison, WI 53703-1482<br>P. (608) 257-5035<br>E. csabatino@foley.com<br><br><br>Crystal B. Carswell (FBN 108882)<br>**FOLEY & LARDNER LLP**<br>One Biscayne Tower<br>2 South Biscayne Boulevard,<br>Suite 1900<br>Miami, Florida 33131<br>P. (305) 482-8400<br>E. ccarswell@foley.com | By: /s/ *James A. Washburn*<br>James A. Washburn (FBN 036609)<br>**TROUTMAN PEPPER HAMILTON SANDERS LLP**<br>600 Peachtree Street, N.E.,<br>Suite 3000<br>Atlanta, Georgia 30308<br>P. (404) 885-3000<br>E. james.washburn@troutman.com |

| | |
|---|---|
| Timothy J. Patterson*<br>**FOLEY & LARDNER LLP**<br>777 East Wisconsin Avenue<br>Milwaukee, Wisconsin 53202<br>P. (414) 271-2400<br>E. tjpatterson@foley.com<br><br>*admitted pro hac vice | |