# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**BLAW-KNOX CORPORATION and GENCOR INDUSTRIES, INC.,**

       **Plaintiffs,**

**v.**                                          **Case No: 6:22-cv-171-PGB-LHP**

**THE G.W. VAN KEPPEL COMPANY,**

       **Defendant.**

_____/

## **ORDER**

This cause is before the Court on the Plaintiffs' Notice of Voluntary Dismissal, filed December 6, 2022 (Doc. 56) before the Defendant answered or filed a summary judgment motion. Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiffs' claims against Defendant The G.W. Van Keppel Company are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending motions and close the file.

**DONE AND ORDERED** in Orlando, Florida on December 7, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties